UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:24-cr-00127-LSC-NAD |
| ) | |
| ) | |
| ) | |
| KEUNDRE KEVELLE BROWN, ) | |
| ) | |
| Defendant. ) | |

ORDER

The defendant filed a motion to suppress evidence. (Doc. 11.) The magistrate judge filed a report and recommendation, recommending that the motion should be denied. (Doc. 28.) The defendant objected. (Doc. 29.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and objection thereto, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, motion to suppress (doc. 11) is hereby **DENIED**.

**DONE** and **ORDERED** on October 8, 2024.

_____
L. Scott Coogler
United States District Judge

160704